# United States District Court
# Western District of North Carolina
# Asheville Division

| | |
|---|---|
| **CHARLES MARK WHEELER,** | JUDGMENT IN CASE |
| Plaintiff, | 1:14-cv-00124-MR-DLH |
| vs. | |
| **CAROLYN W. COLVIN, Acting Commissioner of Social Security,** | |
| Defendant. | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 9, 2015 Order.

January 9, 2015

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court